# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. MADRID, | Case No. CV 14-08048 R (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: June 15, 2016

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE